United States Court of Appeals
Fifth Circuit

**F I L E D**

July 26, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 04-40712

SEAN BREEN, as Administrator of the Estate of
Christopher Breen; CHRISTOPHER BREEN; JOHN E. BREEN;
MARIAN K. BREEN,

Plaintiffs-Appellants,

VERSUS

TEXAS A&M UNIVERSITY; ET AL.,

Defendants,

TEXAS A&M UNIVERSITY; J. MALON SOUTHERLAND, in his
individual capacity; RUSSELL THOMPSON, in his
individual capacity; RAY BOWEN,

Defendants-Appellees.

Consolidated with

No. 04-40713

JAMES KIMMEL, as representative of the Estate of Lucas
Kimmel (deceased); JAMES KIMMEL; WALIETA KIMMEL,

Plaintiffs-Appellants,

VERSUS

TEXAS A&M UNIVERSITY; ET AL.,

Defendants,

TEXAS A&M UNIVERSITY; J. MALON SOUTHERLAND, in his
individual capacity; RUSSELL J. THOMPSON, in his
individual capacity; RAY BOWEN, in his individual
capacity; WILLIAM L. KIBLER, in his individual
capacity, JOHN J. KOLDUS, III, in his individual
capacity,

Defendants-Appellees.

BILL DAVIS,

                              Plaintiff-Appellant,

                    VERSUS

TEXAS A&M UNIVERSITY; ET AL.,

                              Defendants,

TEXAS A&M UNIVERSITY; J. MALON SOUTHERLAND, in his
individual capacity; RUSSELL THOMPSON, in his
individual capacity; RAY BOWEN, in his individual
capacity; WILLIAM L. KIBLER, in his individual
capacity, JOHN J. KOLDUS, III, in his individual
capacity,

                              Defendants-Appellees.

HOWARD SCANLAN; DENISE SCANLAN; LAUREN N. T. SCANLAN,
                              Plaintiffs-Appellants,

                    VERSUS

TEXAS A&M UNIVERSITY; ET AL.,

                              Defendants,

TEXAS A&M UNIVERSITY; J. MALON SOUTHERLAND, in his
individual capacity; RUSSELL THOMPSON, in his
individual capacity; RAY BOWEN, in his individual
capacity; WILLIAM L. KIBLER, in his individual
capacity, JOHN J. KOLDUS, III, in his individual
capacity,

                              Defendants-Appellees.

JOHN ANDREW COMSTOCK; DIXIE ANN ZINNEKER,

                              Plaintiffs-Appellants,

                    VERSUS

TEXAS A&M UNIVERSITY; ET AL.,

                              Defendants,

TEXAS A&M UNIVERSITY; J. MALON SOUTHERLAND, in his
individual capacity; RUSSELL THOMPSON, in his
individual capacity; RAY BOWEN; WILLIAM L. KIBLER, in
his individual capacity, JOHN J. KOLDUS, III, in his
individual capacity,

                              Defendants-Appellees.

                    _____
                         Consolidated with
                             04-40812

JAQUELYNN KAY SELF, Individually and as Administratrix
of the estate of Jerry Don Self, Deceased; KATHY
MCCLAIN ESCAMILLA, Individually and as Administratrix
of the Estate of Bryan A. McClain, Deceased; PHILLIP
MCCLAIN, ANDREA HEARD, Individually and as
Administratrix of the Estate of Christopher Lee Heard,
Deceased; LESLIE G. HEARD; GREGORY ANTHONY POWELL,
Individually and as Administrator of the Estate of Chad
A. Powell, Deceased; BEVERLY JILL POWELL, MATTHEW LYNN
ROBBINS; DOMINIC M. V. BRAUS; NANCY BRAUS,
                              Plaintiffs-Appellants,

                    VERSUS

RAY M. BOWEN; J. MALON SOUTHERLAND; WILLIAM KIBLER;
RUSSELL W. THOMPSON; JOHN J. KOLDUS, III; M. T.
HOPGOOD, JR., Major General; DONALD J. JOHNSON; ZACK
COAPLAND; KEVIN JACKSON; JAMES R. REYNOLDS; ROBERT
HARRY STITELER, JR.; MICHAEL DAVID KRENZ,
                              Defendants-Appellees.

Appeals from the United States District Court
For the Southern District of Texas

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:

A majority of the panel having voted <u>sua sponte</u> to grant rehearing, in part, the opinion of the court in disposing of this appeal is as follows:

Section III. A, including its subsections 1 through 3, of the panel opinion, found at 485 F.3d 325, 332-38 (5th Cir. 2007), along with footnote 14, is hereby withdrawn and deleted from the opinion. Other than these withdrawals and deletions, the original panel opinion is reinstated.

DENNIS, Circuit Judge, concurs in the result for the reasons assigned by him in the original panel opinion.